In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00206-CR


____________________



JOHN LEE WALKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-070686-R






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, John Lee Walker, to dismiss
his appeal. See Tex. R. App. P. 42.2. A motion to dismiss the appeal is signed by
appellant personally and approved by counsel of record. No opinion has issued in this
appeal. The motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 
 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 11, 2009

Do not publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.